[No. 1685-3.    Division Three.    June 10, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. HERMAN CALVIN
TAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 65269, Albert N. Bradford, J., entered

August 12, 1975. *Affirmed* by unpublished per curiam opinion.